IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>                **Plaintiff**,<br>v.<br><br>PEERLESS INSURANCE COMPANY,<br><br>                **Defendants.** | CIV F 06-1113 AWI SMS<br><br>ORDER MOVING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S COUNTER MOTION FOR SUMMARY JUDGMENT TO FEBRUARY 5, 2007 |

    Defendant moved for summary judgment on December 5, 2006.  Hearing on this motion is currently set for January 16, 2007.  Under Local Rule 78-230(e), Plaintiff counter moved for summary judgment on December 29, 2006.  Local Rule 78-230(e) provides in part, "the Court may continue the hearing on the original and related counter-motion so as to give all parties reasonable opportunity to serve and file oppositions and replies to all pending motions."  Pursuant to Local Rule 78-230(e) the Court will reset hearing on the pending motions for summary judgment to February 5, 2007.

    Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of January 16, 2007, on the parties's respective motions for summary judgment is VACATED;

2. The hearing on the parties's respective motions for summary judgment is RESET to

1 |     February 5, 2007, at 1:30 p.m. in Courtroom No. 2;
2 | 2.    Defendant may file an opposition to Plaintiff's counter motion for summary judgment by
3 |     4:00 p.m. on January 18, 2007; and
4 | 3.    All replies to oppositions may be filed by 4:00 p.m. on January 26, 2007.

IT IS SO ORDERED.

**Dated:**   **January 4, 2007**            /s/ Anthony W. Ishii
ciem0h                                                  UNITED STATES DISTRICT JUDGE