IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br>    v.<br><br>PEERLESS INSURANCE COMPANY,<br><br>                Defendant. | CIV F 06-1113 AWI SMS<br><br>ORDER TAKING MATTERS UNDER SUBMISSION |

    Currently pending before this Court are each party's motion summary judgment. These motions are set for hearing on February 5, 2007, at 1:30 p.m. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 5, 2007, is VACATED, and the parties shall not appear at that time. As of February 5, 2007, the Court will take these motions for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **February 1, 2007**                         **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE